Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:    (408) 998-1473
Email: kspelman@mount.com, dfingerman@mount.com
Counsel for San Francisco Technology Inc.

Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900
jfroyd@jonesday.com

Kenneth R. Adamo (*Pro Hac Vice*)
David M. Maiorana (*Pro Hac Vice*)
Susan M. Gerber (*Pro Hac Vice*)
JONES DAY
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:    (216) 586-3939
Facsimile:    (216) 579-0212
kradamo@jonesday.com
dmaiorana@jonesday.com
smgerber@jonesday.com

Counsel for Defendant
The Procter & Gamble Company

United States District Court
Northern District of California, San Francisco Division

| | |
|---|---|
| San Francisco Technology Inc.<br><br>Plaintiff<br><br>vs.<br><br>The Procter & Gamble Company<br><br>Defendant | Case No. 5:10-cv-01652-RS-HRL<br><br>**Stipulation For Motion Briefing and Hearing Schedule and [Proposed] Order** |

San Francisco Technology Inc. ("SFTI") and The Procter & Gamble Company ("P&G") (together, the "Parties") jointly submit this Stipulation and [Proposed] Order for motion briefing and a hearing schedule. The Parties stipulate as follows:

1. On February 3, 2011, the Court held a case management conference (CMC) in this case, jointly with other cases in which defendants were severed from *San Francisco Technology Inc. v. Adobe Systems Inc.*, Case No. 5:09-cv-06083-RS (the former defendants in this case are hereinafter referred to as "the Defendants").

2. The Defendants have indicated that they intend to file motions to dismiss. At the CMC, the court directed the Defendants to meet and confer with SFTI on a schedule for briefing and hearing the motions to dismiss that the Defendants intend to file. The Defendants and SFTI exchanged emails and held a telephone conference call on the morning of February 7, 2011. During that conference call, the Defendants and SFTI agreed to the following schedule:

| **Date** | **Event** |
|---|---|
| February 10, 2011 | SFTI will file its amended complaint against P&G |
| March 14, 2011 | Deadline for Defendants to file motions to dismiss |
| May 5, 2011 | Deadline for SFTI to file oppositions to motions to dismiss |
| May 12, 2011 | Deadline for Defendants to file replies |
| May 26, 2011, 1:30pm | Hearing on motions to dismiss |

3. The Parties jointly request that the Court adopt this schedule for the Defendants' motions to dismiss.

4. Based on the Court's statements during the CMC, it is Defendants' position that the Court has stayed all discovery in this case, including initial disclosures, while the motions to dismiss are pending. SF Tech's counsel does not recall the court making that order during the CMC and suggested deferring the issue of a discovery stay until later.

1  IT IS SO STIPULATED.

2

3  Date: February 10, 2011                    Mount, Spelman & Fingerman, P.C.,

4                                                     /s/ Daniel H. Fingerman
                                                Counsel for San Francisco Technology Inc.

5      In accordance with General Order No. 45, Rule X, the above signatory attests that

6  concurrence in the filing of this document has been obtained from the signatory below.

7

8  Date: February 10, 2011                    Jones Day,

9                                                     /s/ David M. Maiorana
10                                              Counsel for The Procter & Gamble Company

11

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

13 Date: __2/10/11_____          _____

14                                          Honorable Richard Seeborg, U.S. District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000