1  Jane L. Froyd (SBN 220776)
   JONES DAY
2  1755 Embarcadero Road
   Palo Alto, CA  94303
3  Phone: (650) 739-3939
   Fax:    (650) 739-3900
4  jfroyd@jonesday.com

5  Attorney for Defendant
   The Procter & Gamble Company

   Kathryn G. Spelman, Esq. (SBN 154512)
   Daniel H. Fingerman, Esq. (SBN 229683)
   Benjamin R. Lemke, Esq. (SBN 271706)
   Mount, Spelman & Fingerman, P.C.
   RiverPark Tower, Suite 1650
   333 West San Carlos Street
   San Jose CA 95110-2740
   Phone: (408) 279-7000
   Fax:    (408) 998-1473
   kspelman@mount.com,
   dfingerman@mount.com,
   blemke@mount.com

   Attorneys for Plaintiff
   San Francisco Technology, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| San Francisco Technology Inc., <br><br> Plaintiff, <br><br> v. <br><br> The Procter & Gamble Company, <br><br> Defendant. | Case No. 5:10-cv-01652-RS-HRL <br><br> **STIPULATED ORDER OF DISMISSAL** |

1  The parties, plaintiff San Francisco Technology Inc. ("SF Tech") and defendant The
2 Procter & Gamble Company ("P&G"), by counsel, hereby stipulate pursuant to Rule
3 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure to the dismissal of all claims against P&G
4 in the lawsuit captioned above, with prejudice.  Each party shall bear its own costs and attorneys'
5 fees.

6  SF Tech and P&G agree and stipulate that any and all claims that have been or could have
7 been brought by SF Tech, on behalf of itself, the United States and the general public, regarding
8 P&G's alleged false marking or advertising or causing or contributing to false marking or
9 advertising under 35 U.S.C. §292 of any product manufactured or sold are fully resolved and are
10 hereby dismissed with prejudice.

11  SF Tech and P&G agree that P&G and those acting on P&G's behalf have a reasonable
12 period of time in which to exhaust, without further liability, all inventory of products, product
13 packaging and/or labeling accused in the original complaint and/or first amended complaint in the
14 litigation that has been manufactured or created on or before the Effective Date.

15  IT IS SO AGREED AND STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: June 30, 2011 | JONES DAY |
| 2 | | |
| 3 | | By:  /s/ Jane L. Froyd  <br>    Jane L. Froyd |
| 4 | | Attorney for Defendant <br> The Procter & Gamble Company |
| 5 | | |
| 6 | Dated: June 30, 2011 | Mount, Spelman & Fingerman, P.C., |
| 7 | | |
| 8 | | By:  /s/ Benjamin R. Lemke  <br>    Benjamin R. Lemke |
| 9 | | Attorney for Plaintiff <br> San Francisco Technology Inc. |

I attest that concurrence in the filing of this document has been obtained from Jane L. Froyd.

| | | |
|---|---|---|
| 14 | Dated: June 30, 2011 | Mount, Spelman & Fingerman, P.C., |
| 16 | | By:  /s/ Benjamin R. Lemke  <br>    Benjamin R. Lemke |
| 18 | | Attorney for Plaintiff <br> San Francisco Technology, Inc. |

SO ORDERED:

  6/30/11  
Date

[signature: Richard Seeborg]

The Honorable Richard Seeborg
United States District Court Judge